IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE JENNINGS, | No. CIV S-10-2126-FCD-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| WASHINGTON MUTUAL BANK, et al., | |
| Defendants. / | |

      Plaintiff, proceeding in this action in propria persona, bring this civil action regarding, inter alia, violations of the Real Estate Settlement Procedures Act, 12 U.S.C. § 2603, *et seq.* The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On February 28, 2011, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 28, 2011, are adopted in full;

2. Defendants' unopposed motion to dismiss (Doc. 10) is granted;

3. Plaintiff's claims for TILA and HOEPA violations, conspiracy, and accounting are dismissed with prejudice;

4. Plaintiff may file an amended complaint within 20 days of the date of this order to cure the defects in the remaining claims; and

5. Failure to file an amended complaint within the time frame provided will result in the dismissal of this entire action for failure to prosecute.

DATED: March 24, 2011.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2